IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEREK MORTLAND,**

      **Plaintiff,**

  v.

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

Civil Action 2:19-cv-3361
Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

## ORDER

On August 20, 2021, the parties filed a joint status report, which included a proposed case schedule. Although the Undersigned appreciates the discovery difficulties presented by COVID-19, this case is two years old and needs to be expedited at this point. So the Motion is **GRANTED in part**, and the case schedule is **AMENDED** as follows:

| | |
|---|---|
| Primary Expert Reports: | November 8, 2021 |
| Rebuttal Expert Reports: | December 6, 2021 |
| Mediation/Settlement Conference: | December 2021 |
| Discovery Completed By: | January 3, 2022 |
| Dispositive Motions: | January 31, 2022 |

      **IT IS SO ORDERED**.

Date: August 24, 2021

    /s/ Kimberly A. Jolson
    KIMBERLY A. JOLSON
    UNITED STATES MAGISTRATE JUDGE